Henry Reynolds
P.O. Box 7443
Santa Monica, CA  90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henryfreynolds@gmail.com
CA Bar No. 158709

Attorney for Plaintiff
HASINA WAHAB

**United States District Court**
**Central District of California**
**Eastern Division**

| | |
|---|---|
| HASINA WAHAB | Case No.: EDCV 09-0349- DTB |
| Plaintiff, | |
| vs. | ORDER RE STIPULATION TO AWARD EAJA FEES AND COSTS [~~PROPOSED~~] |
| MICHAEL J. ASTRUE Commissioner of Social Security | |
| Defendant. | |

Defendant in the above-entitled case is hereby ordered to pay Henry Reynolds, counsel for and assignee of Plaintiff, attorney fees in the amount of $2,600 and $51.96 in costs.

DATED: September 14, 2009

_____
DAVID T. BRISTOW
UNITED STATE MAGISTRATE JUDGE

1